UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BERNARD S. BAKER,**

    **Plaintiff,**

  v.                                  Civil Action 2:20-cv-5437
                                          Chief Judge Algenon L. Marbley
**COMMISSIONER OF SOCIAL**            Magistrate Judge Chelsey M. Vascura
**SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the parties' Joint Stipulation for Remand to the Commissioner pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 16). Per the parties' agreement, on remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will then conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, issuing a new decision after these proceedings. Accordingly, this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.

    IT IS SO ORDERED.

**DATED: July 13, 2021**

                                              **ALGENON L. MARBLEY**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**